IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-30057 |
| | ) | |
| JEFFREY DEAN CHAMBERS, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Defendant Jeffrey Dean Chambers' Post Verdict Motion for Judgment of Acquittal and Memorandum in Support Thereof (d/e 39), and his Post Verdict Motion for New Trial and Memorandum in Support Thereof (d/e 40).  At the conclusion of a jury trial on April 17, 2009, a jury found Defendant Chambers guilty of Attempted Enticement of a Minor to Engage in Criminal Sexual Activity Through the Use of a Facility of Interstate Commerce, in violation of 18 U.S.C. § 2422(b) (Attempted Enticement), and Transporting Child Pornography in Interstate Commerce, in violation of 18 U.S.C. § 2252A(a)(1).  The Defendant now asks for judgment of acquittal or a new

1

trial.  The Defendant raises matters that he previously raised by motion or objection.  For the reasons stated of record previously, the Court reaffirms its prior decisions regarding these matters and finds no basis for a new trial or other post trial relief.  Defendant specifically renewed his assertions that the Government failed to present sufficient evidence to sustain the verdict of guilty to the charge of Attempted Enticement.  For the reasons stated of record at trial, the Court reaffirms its prior decision that the Government presented sufficient evidence to sustain the verdict.

In addition to matters previously raised, Defendant complains that during closing argument, the Government dwelled on those who took pornographic photographs and videos of young children when Chambers was not charged with such conduct.  The Court disagrees.  The Government did not improperly dwell on the manufacture of child pornography in the closing argument.

THEREFORE, Defendant's Post Verdict Motion for Judgment of Acquittal and Memorandum in Support Thereof (d/e 39), and Defendant's Post Verdict Motion for New Trial and Memorandum in Support Thereof (d/e 40) are DENIED.

IT IS THEREFORE SO ORDERED.

ENTER:  April 28, 2009

    FOR THE COURT:

                                              s/ Jeanne E. Scott
                                              JEANNE E. SCOTT
                                  UNITED STATES DISTRICT JUDGE